S.D.N.Y. – W.P.
20-cv-5469
Román, J.
Davison, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of December, two thousand twenty-three.

Present:

Gerard E. Lynch,
Michael H. Park,
Steven J. Menashi,
*Circuit Judges*.

---

Angel Diaz,

*Petitioner-Appellant*,

v. 22-1678

William F. Keyser,

*Respondent-Appellee*.

---

Appellant, pro se, moves for a certificate of appealability ("COA") and in forma pauperis ("IFP") status. Upon due consideration, it is hereby ORDERED that the motions for a COA are GRANTED on the following issue: whether the district court properly concluded that Appellant's request for release from prison, based on the alleged unconstitutional conditions of confinement, must proceed under 42 U.S.C. § 1983, and not habeas. *Compare Acevedo v. Capra*, 545 F. Supp. 3d 107, 112–18 (S.D.N.Y. 2021) (ruling claim should proceed under § 1983), *with Holloway v. Wolcott*, No. 20-cv-6329, 2020 WL3172772, at *2 (W.D.N.Y. June 15, 2020) (ruling claim must proceed under 28 U.S.C. § 2254, not § 1983). Appellant's IFP motion is GRANTED.

It is further ORDERED that, absent objection from Appellant within 14 days of the entry of this order, counsel shall be appointed from this Court's Criminal Justice Act panel. Counsel shall brief the aforementioned issue.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

